GALLICE et al. v. CRILLY. (Circuit Court, E. D. Pennsylvania. January 24, 1905.) No. 21. Overruling Motion for Judgment for Want of a Sufficient Affidavit of Defense.

HOLLAND, District Judge. For the reasons stated in the opinion filed in Gallice & Company v. Francis J. Crilly, in the case in this court, April Sessions, 1904, No. 34, 134 Fed. 983, the motion for want of a sufficient affidavit of defense is overruled.